# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>Francisco Canastillo-Arguelles,<br><br>Defendant(s). | NO. CR 06-1300-TUC-FRZ (GEE)<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss Indictment [#7].

On September 29, 2006, Magistrate Judge Glenda E. Edmonds conducted a hearing and on October 18, 2006 issued her Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Glenda E. Edmond's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Dismiss Indictment is DENIED.

DATED this 21st day of November, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge